# ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeals of -- )
)
Vetco Contracting Services, LLC ) ASBCA Nos. 60274, 60417
)
Under Contract No. W912QR-08-C-0031 )

APPEARANCE FOR THE APPELLANT: Walter G. Breakell, Esq.
Breakell Law Firm, P.C.
Albany, NY

APPEARANCES FOR THE GOVERNMENT: Thomas H. Gourlay, Jr., Esq.
Engineer Chief Trial Attorney
Carlton A. Arnold, Esq.
Engineer Trial Attorney
U.S. Army Engineer District, Louisville

## ORDER OF DISMISSAL

The dispute has been settled. The appeals are dismissed with prejudice.

Dated: 12 April 2016

MARK N. STEMPLER
Administrative Judge
Acting Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA Nos. 60274, 60417, Appeals of Vetco Contracting Services, LLC, rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals